UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR89-24T |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| AM PARO MADRIZ, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion pursuant to Federal Rule of Civil Procedure 60(b)(6).

Having considered the entirety of the records and file herein, this court finds and rules as follows:

1. Defendant challenges her conviction and sentence. This court construes defendant's motion as a second or successive petition pursuant to 28 U.S.C. §2255.

2. A second or successive petition must be certified as provided in 28 U.S.C. §2244(b) by a panel of the circuit court of appeals. Defendant has not acquired certification for appeal, thus this court lacks jurisdiction to consider defendant's motion.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 25th day of October, 20__.

_____
SR. UNITED STATES DISTRICT JUDGE