Judge Jack E. Tanner

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>           Plaintiff,       )<br>                                    )<br>      v.                       )<br>                                    )<br> AM PARO MADRIZ,         )<br>                                    )<br>          Defendant.     )<br>_____) | NO.   CR89-0024-1<br><br>EX PARTE PETITION FOR<br>REMISSION OF INTEREST |

COMES NOW the United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Anastasia D. Bartlett, Assistant United States Attorney for said District, and petitions this court pursuant to 18 U.S.C. § 3573, for remission of the interest imposed in this case for the following reasons:

1.   On January 8, 1992, judgment was entered in this court against the above defendant, levying a fine of $100,000.00 with an interest rate of 8.27 percent.  As of October 14, 2004, the balance is $220,573.53.

2.   18 U.S.C. § 3573 provides that:

>    Upon petition by the government that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice -
>
>    (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. . .

3.   The defendant is in Federal prison until January 28, 2020, and she is paying $25.00 quarterly.  When the defendant is released from prison she will be 74 years old.

4..   The United States Attorney has determined that there is no reasonable likelihood

EX-PARTE PETITION FOR REMISSION OF FINE— 1
Yavonne Lino

UNITED STATES ATTORNEY
601 UNION AVENUE, SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970

that expending further efforts to collect the interest would produce any revenue to the United States. Any further efforts would, in fact, be contrary to the interests of the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this court for an order pursuant to 18 U.S.C. § 3573, remitting the interest.

DATED this _____ day of _____, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney


s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney
Washington State Bar No. 7142
601 Union Street, Suite 5100
Seattle, WA 98101-3903
Telephone: (206) 553-7970
Fax: (206) 553-0114
E-mail: anastasia.bartlett@usdoj.gov

EX-PARTE PETITION FOR REMISSION OF FINE— 2
Yavonne Lino

UNITED STATES ATTORNEY
601 UNION AVENUE, SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970