Judge Jack E. Tanner

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR89-0024-1 |
| Plaintiff, ) | |
| v. ) | ORDER ALLOWING REMISSION OF INTEREST |
| AM PARO MADRIZ, ) | |
| Defendant. ) | |

This cause coming on for consideration on the ex parte petition of the United States of America, in accordance with the provisions of 18 U.S.C. § 3573, for remission of the interest imposed in this cause; and the Court being advised in the premises, it is hereby

ORDERED that the unpaid portion of the fine imposed against the defendant is hereby remitted.

DATED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney
Washington State Bar No. 7142
601 Union Street, Suite 5100
Seattle, WA 98101-3903
Telephone: (206) 553-7970
Fax: (206) 553-0114
E-mail: anastasia.bartlett@usdoj.gov