AMPARO MADRIZ   REG.#18833-086

5701 8TH ST.   FCI   DUBLIN, CA.   94568

FEDERAL CORRECTIONAL INSTUTITION

US DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

SEATTLE, WASHINGTON,

RE: CR #89-0024  JET

RESTITUTION STATEMENT ACCOUNT   #1989000664/001

FILED
LODGED
RECEIVED   MAIL

JUN - 8 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                 DEPUTY

YOUR HONOR, SIR;

Please take this letter as a motion to the court, I am a federal prisoner and I have no attorney, this is a pro se motion.

   The prison here at Dublin, Ca. is now taking $100.00 a month from me for my fine. They take the money my family sends me to live on. Your Honor, this prison does not provide me with everything I need to survive. I have had breast surgury and must buy my own breast support undergarments. The prison now makes me buy medication from commissary if they are over the counter meds. The medical people check my account and it looks like a have a few dollars, they do not know that the account people are going to take it all. the following are things i must purchase myself.

1. tennis shoes, the only kind we can have unless steel toed boots.
2. any magazines or periodical in spanish that I want to read.
3. postage for mail to mexico is 4 37¢ stamps.
4. one 15 minute phone call to my family which is in Mexico costs $9.50 per call.

I have no visits from my family in Mexicoe, they cannot come here it is too far, we are allowed 20 phone calls per month, 15 minutes each, for a total of 300 minutes. The rate for my calls is over twice as much as american phone calls, it will cost me $190.00 a month, which I will never have because the Prison keeps taking all my money, each time I get money for the phone and or neccessary items the prison makes my payments higher and takes all my few dollars.

   I am asking the court to please sent my payments at $25.00 per month, no more no less, I believe the court should be setting my payments. A review of my file will show how lengthy my sentence is, and I am not a young woman. Thank you,

_Madriz_
Amparo Madriz          Reg.#18833-086          Date   5/23/2005

89-CR-00024-M

Respectfully Submitted

---

AMPARO MADRIZ
FEDERAL CORRECTIONAL INSTITUTION
5701 8th ST CAMP PARKS
DUBLIN, CA. 94568


DATED  **May 23, 2005**


## CERTIFICATE OF SERVICE

I Certify that the following document Motion to Reduce Fine was placed in the institution mailbox (first class postage, prepaid) Said document was sent to the following individual on the date listed below. Pursuant to Houston v Lack 487 U.S. 266 (1988). Under Title 28 U.S.C. §1746 "Pro Se litigant's pleadings are filed at the moment of delivery to prison authorities

_6-2-205_
date

_Madriz_
Signature of the person mailing